**FILED**
September 9, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By: \_\_\_\_\_CP\_\_\_\_\_
Deputy

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>v<br><br>(1) RAUL ALBERTO<br>     MANZANARES-MIRANDA<br><br>Defendant | **6:25-CR-00234**<br><br>I N D I C T M E N T<br><br>[COUNT ONE: 18 U.S.C. 111(a)(1) – Assault] |

THE GRAND JURY CHARGES:

On or about September 2, 2025, in the Western District of Texas, Defendant,

**RAUL ALBERTO MANZANARES-MIRANDA,**

did forcibly assault, resist, oppose, impede, intimidate, or interfere with a person designated in Title 18, United States Code, Section 1114, that is the Immigration and Customs Enforcement, to-wit: an Immigration and Customs Enforcement Deportation Officer, while engaged in or on account of the performance of his official duties, and such act(s) did involve physical contact with the victim of that assault, in violation of Title 18, United States Code, Section 111(a)(1).

A TRUE BILL



FOREPERSON

JUSTIN R. SIMMONS
United States Attorney

By: *Stephanie Smith-Burris*
STEPHANIE SMITH-BURRIS
Assistant United States Attorney